**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>Cassie Wilkins,<br><br>            Defendant. | CR-08-1248-003-PHX-ROS<br><br>ORDER OF DETENTION |

     In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has not been held. The defendant submitted the matter to the Court.

     The Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending trial.

     The Court also concludes, that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

     IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

     DATED this 4th day of August, 2010.

_____
Edward C. Voss
United States Magistrate Judge